**R. C. HORNE, Jr., Petitioner, v. UNITED STATES of America, Respondent.**

**No. 3202.**

Circuit Court of Appeals, Fourth Circuit.

July 3, 1931.

See, also, 51 F.(2d) 66.

R. C. Horne, Jr., of Columbia, S. C., in pro. per.

S. Henry Edmunds, Jr., Asst. U. S. Atty., of Charleston, S. C.

PER CURIAM.

Order denying motion filed.

■

**Gilford T. HUGHES and Jeannie Hughes v. UNITED STATES of America.**

**No. 5925.**

Circuit Court of Appeals, Sixth Circuit.

May 5, 1931.

O. Guy Frick, of Detroit, Mich., for appellants.

Ken F. Corbitt, Asst. U. S. Atty., of Detroit, Mich., for appellee.

PER CURIAM.

Judgment of District Court reversed as to Gilford T. Hughes, and Jeannie Hughes per-mitted to withdraw appeal, pursuant to stipulation of counsel.

■

**In the Matter of Petition of Roman KOSZIL for Writ of Habeas Corpus.**

**No. 5932.**

Circuit Court of Appeals, Sixth Circuit.

May 11, 1931.

Catherine G. Herlehy, of Detroit, Mich., for appellant.

J. G. McIntosh, Asst. U. S. Atty., of Detroit, Mich., for appellee.

PER CURIAM.

Docketed and dismissed by court order, pursuant to stipulation of counsel.

■

**LANG BODY COMPANY OF DELAWARE v COMMISSIONER OF INTERNAL REVENUE.**

**No. 5920.**

Circuit Court of Appeals, Sixth Circuit.

April 7, 1931.

Robert Hardison, of Washington, D. C., for petitioner.

C. M. Charest, of Washington, D. C., for respondent.

PER CURIAM.

Docketed and dismissed by court order, pursuant to motion of counsel for respondent.